October 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN W. SMALL, AISKEL ALVAREZ SMALL, ROBERT ALAN "BOB" SMALL, SMALL INTERESTS, LTD., STAR INSTRUMENTS, INC. AND SMALL FAMILY INTERESTS, INC., Appellants

NO. 14-09-01080-CV                V.

MURRIAH S. MCMASTER, Appellee
_____

This cause, an appeal from the final decree of divorce and judgment, signed October 21, 2009, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Murriah S. McMaster, to pay all costs incurred in this appeal. We further order this decision certified below for observance.